**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

JOHN ALFONSE,                                                  :
*Individually and as Administrator of the ESTATE*   :
*OF MICHAEL ALFONSE, deceased*                      :
           Plaintiff,                                    :
                        :
              v.                                           :     Civil No.:  5:26-cv-03734-JMG
                        :
WAL-MART STORES EAST, LP, *et al.*                  :
           Defendants.                                 :

---

**ORDER**

      **AND NOW**, this     23rd    day of July, 2026, upon consideration of Defendants' Motion

to Dismiss (ECF No. 8) and Plaintiff's Response to Defendants' Motion to Dismiss (ECF No. 9),

**IT IS HEREBY ORDERED** that, for the reasons set forth in the accompanying Memorandum,

the Motion (ECF No. 8) is **DENIED**.

                                      BY THE COURT:


                                      */s/ John M. Gallagher*
                                      JOHN M. GALLAGHER
                                      United States District Court Judge